IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WASHINGTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEO HANSHAW, et al. | : | NO. 11-254 |

ORDER

AND NOW, this 11th day of May, 2012, upon consideration of the Upper Darby Police Defendants' Motion for Summary Judgment (Docket No. 17) and the opposition thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is DENIED on the claim of qualified immunity and DENIED without prejudice on the issue of liability under Monell.

The Court will hold a telephone conference with the parties on May 29, 2012 at 4:30 to discuss scheduling the remainder of this case. Plaintiff's counsel shall initiate the call.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.