IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER WASHINGTON : CIVIL ACTION

v. :

DETECTIVE LEO HANSHAW, et al. : NO. 11-0254

## **ORDER**

AND NOW, this  12th  day of December 2012, upon consideration of the motion for judgment on the pleadings and renewed motion for summary judgment filed by Defendants (Doc. 37), Plaintiff's response, Defendants' reply, and Plaintiff's sur-reply, and following oral argument on the motions, it is HEREBY ORDERED that the motions are GRANTED and JUDGMENT IS ENTERED in favor of Defendants Detective Leo Hanshaw, Detective William Kane, Officer Steven O'Connor and the Township of Upper Darby, and against Plaintiff Christopher Washington.

BY THE COURT:


/s/ ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE